United States Bankruptcy Court

Central District of California

In re:  
Christopher Ampil Wipatothai  
Renee-Lynn Carlos Wipatothai  
    Debtors

Case No. 17-16038-SY  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3  
Date Rcvd: Aug 03, 2022      Form ID: van111      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Ampil Wipatothai, Renee-Lynn Carlos Wipatothai, 2225 Dorado St., Corona, CA 92879-7700 |
| 37945340 | + | Columbia Emergency Medical Group, 3075 E. Imperial Hw Ste 200, Brea, CA 92821-6753 |
| 38018375 | + | Del Rey at Corona Ranch, FirstService Residential, 15241 Laguna Canyon Rd, Irvine CA 92618-3146 |
| 37945345 | + | Memorial Care Health System, Patient Financial Services, PO BOX 20894, Fountain Valley, CA 92728-0894 |
| 37945350 | + | Subaru, P.o.Box 901037, Fort Worth, TX 76101-2037 |
| 38018374 | + | Subaru, PO Box 901037, Forth Worth TX 76101-2037 |
| 37945358 | #+ | Wells Fargo, Po Box 84712, Sioux Falls, SD 57118-4712 |
| 37945357 | + | Wells Fargo, Wells Fargo Bank, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 04 2022 00:42:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 04 2022 00:42:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 04 2022 00:42:00 | PennyMac Loan Services, LLC, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 37945336 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 04 2022 00:42:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 37945335 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 04 2022 00:42:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 37945339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 00:49:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 37945338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 00:49:34 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 38018376 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 00:49:33 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 37945342 | | Email/Text: mrdiscen@discover.com | Aug 04 2022 00:42:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 37952410 | | Email/Text: mrdiscen@discover.com | Aug 04 2022 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 37945341 | + | Email/Text: mrdiscen@discover.com | Aug 04 2022 00:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 6:17-bk-16038-SY  Doc 69  Filed 08/05/22  Entered 08/05/22 21:15:27  Desc
Imaged Certificate of Notice  Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: van111 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 37945344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2022 00:42:00 | internal Revenue Services, P.o.Box 24017, Fresno, CA 93779 |
| 38102487 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 00:49:27 | JP Morgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 37945346 | | Email/Text: EBN@Mohela.com | Aug 04 2022 00:42:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 37953676 | | Email/Text: EBN@Mohela.com | Aug 04 2022 00:42:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 37945347 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 04 2022 00:42:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 37945348 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 04 2022 00:42:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 37983831 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 04 2022 00:42:00 | Nelnet obo Educational Credit Management Corp, Education Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 38128455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 00:49:35 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 38119493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 00:49:35 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 37945349 | + | Email/PDF: ebnotices@pnmac.com | Aug 04 2022 00:49:37 | PennyMac, P.o,Box 514387, Los Angeles, CA 90051-4387 |
| 38013919 | + | Email/PDF: ebnotices@pnmac.com | Aug 04 2022 00:49:24 | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 38131282 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2022 00:42:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 37945352 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:22 | Syncb/Ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 37945351 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:27 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 37945354 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:34 | Synchrony Bank, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 37945353 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:34 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 37945356 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:22 | Synchrony Bank/Floor & Decor, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 37945355 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 00:49:27 | Synchrony Bank/Floor & Decor, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 38001001 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 04 2022 00:49:24 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, Mac F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 37945337 | | Cap1/bstby |
| 37945343 | | HOA |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 03, 2022 | Form ID: van111 | Total Noticed: 38 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander K Lee | on behalf of Creditor PennyMac Loan Services LLC ecfcacb@aldridgepite.com, akl@ecf.courtdrive.com |
| Christopher M McDermott | on behalf of Creditor PennyMac Loan Services LLC ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor PennyMac Loan Services LLC ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Julie J Villalobos | on behalf of Joint Debtor Renee-Lynn Carlos Wipatothai julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Julie J Villalobos | on behalf of Debtor Christopher Ampil Wipatothai julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

### NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Christopher Ampil Wipatothai
**SSN:** xxx−xx−8941
**EIN:** N/A
Renee−Lynn Carlos Wipatothai
**SSN:** xxx−xx−6416
2225 Dorado St.
Corona, CA 92879

**BANKRUPTCY NO.** 6:17−bk−16038−SY
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: August 3, 2022

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**66 / DR**