United States Bankruptcy Court

Central District of California

In re:  Case No. 17-16038-SY

Christopher Ampil Wipatothai  Chapter 13

Renee-Lynn Carlos Wipatothai

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3

Date Rcvd: Aug 29, 2022      Form ID: 3180W      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Ampil Wipatothai, Renee-Lynn Carlos Wipatothai, 2225 Dorado St., Corona, CA 92879-7700 |
| 37945340 | + | Columbia Emergency Medical Group, 3075 E. Imperial Hw Ste 200, Brea, CA 92821-6753 |
| 38018375 | + | Del Rey at Corona Ranch, FirstService Residential, 15241 Laguna Canyon Rd, Irvine CA 92618-3146 |
| 37945345 | + | Memorial Care Health System, Patient Financial Services, PO BOX 20894, Fountain Valley, CA 92728-0894 |
| 37945350 | + | Subaru, P.o.Box 901037, Fort Worth, TX 76101-2037 |
| 38018374 | + | Subaru, PO Box 901037, Forth Worth TX 76101-2037 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 30 2022 04:13:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 30 2022 04:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 30 2022 00:16:00 | PennyMac Loan Services, LLC, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 37945336 | + | EDI: TSYS2 | Aug 30 2022 04:13:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 37945335 | + | EDI: TSYS2 | Aug 30 2022 04:13:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 37945339 | | EDI: CAPITALONE.COM | Aug 30 2022 04:13:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 37945338 | + | EDI: CAPITALONE.COM | Aug 30 2022 04:13:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 38018376 | + | EDI: CAPITALONE.COM | Aug 30 2022 04:13:00 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 37945342 | | EDI: DISCOVER.COM | Aug 30 2022 04:13:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 37952410 | | EDI: DISCOVER.COM | Aug 30 2022 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 37945341 | + | EDI: DISCOVER.COM | Aug 30 2022 04:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 37945344 | | EDI: IRS.COM | Aug 30 2022 04:13:00 | internal Revenue Services, P.o.Box 24017, Fresno, CA 93779 |
| 38102487 | | EDI: JPMORGANCHASE | Aug 30 2022 04:13:00 | JP Morgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | AZ 85038-9505 |
| 37945346 | | Email/Text: EBN@Mohela.com | Aug 30 2022 00:16:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 37953676 | | Email/Text: EBN@Mohela.com | Aug 30 2022 00:16:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 37945347 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 30 2022 00:16:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 37945348 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 30 2022 00:16:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 37983831 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 30 2022 00:16:00 | Nelnet obo Educational Credit Management Corp, Education Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 38128455 | | EDI: PRA.COM | Aug 30 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 38119493 | | EDI: PRA.COM | Aug 30 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 37945349 | + | Email/PDF: ebnotices@pnmac.com | Aug 30 2022 00:21:48 | PennyMac, P.o,Box 514387, Los Angeles, CA 90051-4387 |
| 38013919 | + | Email/PDF: ebnotices@pnmac.com | Aug 30 2022 00:21:49 | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 38131282 | | EDI: Q3G.COM | Aug 30 2022 04:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 37945352 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Syncb/Ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 37945351 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 37945354 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Synchrony Bank, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 37945353 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 37945356 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Synchrony Bank/Floor & Decor, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 37945355 | + | EDI: RMSC.COM | Aug 30 2022 04:13:00 | Synchrony Bank/Floor & Decor, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 37945357 | + | EDI: WFFC.COM | Aug 30 2022 04:13:00 | Wells Fargo, Wells Fargo Bank, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 37945358 | + | EDI: WFFC.COM | Aug 30 2022 04:13:00 | Wells Fargo, Po Box 84712, Sioux Falls, SD 57118-4712 |
| 38001001 | | EDI: WFCCSBK | Aug 30 2022 04:13:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, Mac F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 37945337 | | Cap1/bstby |
| 37945343 | | HOA |

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: 3180W | Total Noticed: 38 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                         Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander K Lee | on behalf of Creditor PennyMac Loan Services LLC ecfcacb@aldridgepite.com, akl@ecf.courtdrive.com |
| Christopher M McDermott | on behalf of Creditor PennyMac Loan Services LLC ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor PennyMac Loan Services LLC ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Julie J Villalobos | on behalf of Joint Debtor Renee-Lynn Carlos Wipatothai julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Julie J Villalobos | on behalf of Debtor Christopher Ampil Wipatothai julie@oaktreelaw.com oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Ampil Wipatothai** | Social Security number or ITIN | xxx−xx−8941 |
| | First Name   Middle Name   Last Name | EIN | __−_____ |
| Debtor 2 (Spouse, if filing) | **Renee−Lynn Carlos Wipatothai** | Social Security number or ITIN | xxx−xx−6416 |
| | First Name   Middle Name   Last Name | EIN | __−_____ |
| United States Bankruptcy Court | **Central District of California** | | |
| Case number: | **6:17−bk−16038−SY** | | |

## Order of Discharge – Chapter 13                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Ampil Wipatothai                                   Renee−Lynn Carlos Wipatothai

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]    [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/29/22                              Debtor 2 Discharge Date: 8/29/22

**Dated:** 8/29/22                                            **By the court:**   Scott H. Yun
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

73/SM6

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W–doa3      **Order of Chapter 13 Discharge**      page 2